UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:                                                              CASE NO. 11-694

GAYLE O. JENKINS                                          CHAPTER 11
      DEBTOR

---

Case No. 658-377 "I" c/w Case No. 655-940 "B"
Twenty Fourth Judicial District Court
Parish of Jefferson
State of Louisiana

SIMMS HARDIN COMPANY, LLC ET AL

VERSUS

3901 RIDGELAKE DRIVE, LLC ET AL

## NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, comes, Debtor, Gayle O. Jenkins, and removes the attached **Joint Petition To Enforce Contractor's Liens,** Case No. 658-377 Division "I" filed by Simms Hardin Company, LLC against 3901 Ridgelake Drive LLC, which has been consolidated with Case No. 655-940 Division "B", **Petition for Damages,** pending in the 24th Judicial District Court.

A copy of the **Joint Petition To Enforce Contractor's Liens,** Answer, Service of Citation and Order of Transfer is attached herein to this Notice of Removal. As grounds for the removal, Debtor, Defendant represents:

I.

That on January 18, 2011, Debtor filed a voluntary Petition for Relief, pursuant to Chapter 11 of Title 11.

1

II.

In connection with the Chapter 11 proceeding, Debtor intends to institute an adversary action against the plaintiffs named in the above referenced **Joint Petition to Enforce Contractor's Liens,** currently pending in the 24th Judicial District Court for the State of Louisiana.

III.

That action pertains to property of the debtor's estate, and as such pursuant to 28 U.S.C. § 1334 (e) (1), the district court in which the case under title 11 is commenced or is pending shall have exclusive jurisdiction of all property, wherever located, of the debtor as of the commencement of such case, and of the property of the estate.

IV.

The above referenced action pending in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana involves an action against the debtor as surety for the liens filed against real property, of which the debtor has an interest. As such, these actions directly involve property of the debtor's estate, and an Adversary complaint will be initiated after the case is appropriately removed from state court.

V.

The action now pending in the 24th Judicial District Court for the Parish of Jefferson, State of  Louisiana, are properly removed to this Court pursuant to 28 U.S.C. 157, and Local Rule 83.4.1, in that the action in state court arises and is related to a core proceeding the bankruptcy estate of the above referenced debtor.

RESPECTFULLY SUBMITTED:

COUHIG PARTNERS, LLC

/s/ Anne L. Neeb

Anne L. Neeb (#09912)
643 Magazine Street  Suite 300
New Orleans, Louisiana 70130
Tel. (504) 599-5773
Fax (504) 588-9750
aneeb@couhigpartners.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2011, I electronically filed the foregoing Notice of Removal with the Clerk of Court using the CM/ECF system, which will send notification of electronic filing to counsel of record.

/s/ Anne LaCour Neeb

Anne L. Neeb