CODED

# TWENTY FOURTH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

NO. 658377　　　　　　　　　　　　　　　DIV. I
　　　　　　　　　　　　　　　　　　　　　DIVISION "I"

**SIMMS HARDIN COMPANY, LLC, SHARP ELECTRIC, INC., GALLO MECHANICAL, INC., COMMERCIAL PAINT COMPANY, INC., CRASTO GLASS AND MIRROR COMPANY, INC., AND YEAR ROUND HEATING AND AIR CONDITIONING, INC.**

**VERSUS**

**3901 RIDGELAKE DRIVE, L.L.C., CONSTRUCTIONSOUTH, INC., AND FIDELITY AND DEPOSIT COMPANY OF MARYLAND, DOROTHY WATKINS, WIFE OF/AND EDWIN C. DORVIN, DWAYNE R. MCCLURE, BRYAN P. SCOFIELD, PATRICIA BARILLEAU, WIFE OF/AND DONALD C. ZERANGUE, FRANCIS LOPINTO, WIFE OF/AND WILLIAM J. DWYER, ANNA CANNIZZARO, WIFE OF/AND ROBERT A. STEINER, CYNTHIA ANTHONY, WIFE OF/AND MICHAEL S. BRANDNER, SR., AMERICA, WIFE OF/AND GERMAN GACHARNA, AND ANTHONY P. DOUGHTY**

FILED: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

## JOINT PETITION TO ENFORCE CONTRACTORS' LIENS

The joint petition of SIMMS HARDIN COMPANY, LLC, SHARP ELECTRIC, INC., GALLO MECHANICAL, INC., COMMERCIAL PAINTING COMPANY, INC., CRASTO GLASS AND MIRROR COMPANY, INC., AND YEAR ROUND HEATING AND AIR CONDITIONING, INC., all legal entities authorized to do and doing business in the State of Louisiana, respectfully represents that:

1.

The status of each plaintiff is as follows:

a) Simms Hardin Construction Company, Inc., a domestic corporation, domiciled in the Parish of Orleans, State of Louisiana;

b) Sharp Electric, LLC, a domestic business corporation, domiciled in the Parish of Jefferson, State of Louisiana;

c) Gallo Mechanical, L.L.C., a domestic limited liability company, domiciled in the Parish of Jefferson, State of Louisiana;

d) Commercial Paint Company, Inc., a domestic corporation, domiciled in the Parish of Jefferson, State of Louisiana;

e) Crasto Glass and Mirror Company, Inc., a domestic corporation, domiciled in the Parish of Orleans, State of Louisiana; and

IMAGED APR 11 '08

e) Year Round Heating and Air Conditioning Company, Inc., a domestic corporation, domiciled in the Parish of St. Tammany, State of Louisiana.

2.

The following parties are made defendants herein:

a) 3901 Ridgelake Dr., L.L.C., a limited liability company, with its principal place of business in the Parish of Jefferson, State of Louisiana, is owner and developer of the project known as the Pontchartrain Caye Condominiums located at 3901 Ridgelake Drive, Metairie, Louisiana;

c) ConstructionSouth, Inc. ("CS"), a limited liability company, with its principal place of business in the Parish of Jefferson, State of Louisiana, is a commercial general contractor who contracted with 3901 Ridgelake Dr., LLC pursuant to AIA Document A107-1997 dated March 24, 2004 to construct the project known as Pontchartrain Caye Condominiums;

c) Fidelity and Deposit Company of Maryland ("F&D"), a foreign property and casualty company with its principal place of business in Baltimore, Maryland, is a surety company that issued a Labor and Material Payment Bond (AIA Document A311) and Performance Bond (AIA Document A311) in connection with this Project;

d) Dorothy Watkins, wife of/and Edwin C. Dorvin, both persons of the full age of majority domiciled in the Parish of Jefferson, State of Louisiana;

e) Dwayne R. McClure and Bryan P. Scofield, both persons of the full age of majority domiciled in the Parish of Jefferson, State of Louisiana;

f) Patricia Barilleau, wife of/and Donald C. Zerangue, both persons of the full age of majority domiciled in the Parish of Jefferson, State of Louisiana;

g) Frances Lopinto wife of/and William J. Dwyer, both persons of the full age of majority domiciled in the Parish of Jefferson, State of Louisiana;

h) Anna Cannizzaro, wife of/and Robert A. Steiner, persons of the full age of majority domiciled in the Parish of Jefferson, State of Louisiana;

i) Cynthia Anthony, wife of/and Michael S. Brandner, Sr., persons of the full age of majority domiciled in the Parish of Jefferson, State of Louisiana;

j) American, wife of/and German Gacharna, persons of the full age of majority

IMAGED APR 11 '08

domiciled in the Parish of Jefferson, State of Louisiana; and

k) Anthony P. Doughty, a person of the full age of majority domiciled in the Parish of Jefferson, State of Louisiana.

Defendants listed as (d) through (k) are owners of individual units ("Unit Owners") in the condominium complex known as Pontchartrain Caye Condominiums.

3.

Defendants, 3901 Ridgelake, L.L.C., CS, F&D and the Unit Owners, are jointly and severally indebted to petitioners in the following sums as follows:

1) Commercial Paint Company, Inc., in the amount of $58,563.10;

2) Simms Hardin Company, LLC, in the amount of $106,248.00;

3) Year Round Heating and A/C, Inc., in the amount of $127,028.70;

4) Gallo Mechanical Contractors, Inc., in the amount of $78,382.20;

5) Crasto Glass and Mirror Company, Inc., in the amount of $45,346.80;

6) Sharp Electric, Inc., in the amount of $91,492.60.

Defendants, 3901 Ridgelake, L.L.C., and CS, F&D and Unit Owners, are jointly and severally indebted to the petitioners in the above-stated sums for the following reasons:

4.

Each of the petitioners as subcontractors, entered into AIA contracts with ConstructionSouth, Inc., the general contractor on the project known as Pontchartrain Caye Condominiums, owned and developed by defendant, 3901 Ridgelake, L.L.C., by which each of the plaintiff subcontractors would provide the labor, materials and supplies in and for its discipline for the construction project known as Pontchartrain Caye Condominiums located at 3901 Ridgelake Drive, Metairie, Louisiana.

5.

Petitioners delivered to the above-described property the material, supplies and labor for their respective disciplines having a value, as will more fully appear from their respective invoices annexed hereto and marked as Exhibit "A" *in globo*. The materials were incorporated into the Project. Petitioners have completed all work required under their subcontracts."

IMAGED APR 11 '08

were incorporated into the Project. Petitioners have completed all work required under their subcontracts."

6.

Defendants, 3901 Ridgelake, L.L.C. and CS, have failed to make any payments on this outstanding indebtedness despite amicable demand.

7.

Pursuant to La. R.S. 9:4801 *et seq.*, Louisiana Private Works Act, petitioners herein filed a "Statement of Lien Claim" in connection with this project at 3901 Ridgelake Drive, Metairie, Louisiana, Lots 7, 8, 9 10, 11, 12 and 13, Square 53, Harlem Parkway Subdivision, Parish of Jefferson, State of Louisiana in the mortgage records of the Parish of Jefferson, State of Louisiana on April 16, 2007. A copy of those "Statement of Lien Claims" are attached hereto as Exhibit "B" *in globo*.

8.

In correspondence dated April 20, 2007, by certified mail, return receipt requested, CS through its counsel notified 3901 Ridgelake, L.L.C. of the filing of the plaintiffs' "Statement of Lien Claim" under the Louisiana Private Works Act. A copy of that notice is attached hereto as Exhibit "C".

9.

As a result of the foregoing, the defendants are jointly, severally and solidarily liable to petitioners for all sums respectively due and as set forth in Paragraph 3 herein above in the performance of work and materials provided on the project at 3901 Ridgelake Drive, Metairie, Louisiana, as well as for reasonable attorney's fees and all costs and expenses relative to the collection thereof together with interest at the rate of 1% per month accruing per month, as provided for in the construction contract AIA Document A107-1997 between defendants, 3901 Ridgelake Dr., LLC and CS.

10.

In addition, pursuant to La. R.S. 9:4801 *et seq.*, petitioners are entitled to costs and attorney's fees for filing and pursuing this claim.

11.

The claims presented herein are subject to a mandatory arbitration agreement as

-4-

IMAGED APR 11 '08

other just and equitable relief.

                                  Respectfully submitted,

*[signature: Danny D. Shaw]*
Danny G. Shaw (Bar #11977)
Michael F. Weiner (Bar #23359)
Baker, Donelson, Bearman,
  Caldwell, Berkowitz, P.C.
3 Sanctuary Boulevard, Suite 201
Mandeville, Louisiana 70471-3345
Telephone: (504) 819-8401
ATTORNEY FOR SIMMS HARDIN COMPANY
AND SHARP ELECTRIC COMPANY, INC.

*[signature: Joseph L. Spilman]*
Mr. Joseph L. Spilman, III (Bar #17813)
Hailey, McNamara, Hall, Larmann
  & Papale, LLP
One Galleria Boulevard, Suite 1400
P.O. Box 8288
Metairie, Louisiana 70001
Telephone: (504) 836-6500
ATTORNEY FOR GALLO MECHANICAL, INC.

*[signature: Gregory S. Marsiglia]*
Gregory S. Marsiglia (Bar #25258)
Lowe, Stein, Hoffman, Allweiss & Hauver
701 Poydras Street, Suite 3600
New Orleans, Louisiana 70139
Telephone: (504) 581-2450
ATTORNEY FOR YEAR ROUND HEATING
AND AIR CONDITIONING COMPANY, INC.

*[signature: Denise Puente]*
Denise Puente (Bar #18390)
Simon, Pergaine, Smith & Redfearn, LLP
Suite 3000, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 569-2030
ATTORNEY FOR COMMERCIAL PAINT
COMPANY, INC.

*[signature: J. Warren Gardner, Jr.]*
J. Warren Gardner, Jr. (Bar #5928)
Christovich & Kearney, LLP
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130
Telephone: (504) 581-5700
ATTORNEY FOR CRASTO GLASS & MIRROR
COMPANY, INC.

**PLEASE WITHHOLD SERVICE AT THIS TIME**

IMAGED APR 11 '08